IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00106-CR

 

Stephen Wayne McCoy,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 290th District Court

Bexar County, Texas

Trial Court No. 2005-CR-5293

 



MEMORANDUM  Opinion










 

          Stephen Wayne McCoy appeals from his
plea-bargained conviction of injury to a disabled individual.  Tex. Penal Code Ann. § 22.04 (Vernon Supp. 2005).  The trial court’s certification regarding McCoy’s right of appeal
affirmatively shows that McCoy has no right of appeal.  In response to a notice
from this Court, the Bexar County Appellate Public Defender’s Office conceded
McCoy has no right of appeal.




          We dismiss the appeal.  See Tex. R. App. P. 25.2(d); High v.
State, 115 S.W.3d 581, 582 (Tex. App.—Waco 2003, pet. ref’d).

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before Chief Justice
Gray,

          Justice
Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed May 24, 2006

Do not publish

[CR25]